

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Georg CURNUTT
Aka Wilde Geist,

Defendant.

Case No.: '22 MJ02567

COMPLAINT FOR VIOLATION OF:

8 U.S.C. § 111(a)(1) and (b) –
Assault on a Federal officer (Felony)

The undersigned complainant being duly sworn states:

On or about July 17, 2022, within the Southern District of California, Defendant Georg CURNUTT, aka Wilde Geist, did intentionally and forcefully assault a person named in Title 18 United States Code, Section 1114, to wit: a Department of Veterans Affairs Police Officer, Bill Petty, while Officer Petty was engaged in the performance of his official duties at the Veterans Affairs Medical Center (VAMC), San Diego, such acts involving the use of a deadly or dangerous weapon, to wit: Defendant forcibly removed the loaded, Sig Sauer P229, duty firearm of Officer Petty from his holster and discharged the firearm in close proximity and in the direction of Officer Petty, another officer, employees, and patients of the VAMC; in violation of Title 18, United States Code, Section 111(a) (1) and (b), a felony.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Tiana Fohne
Special Agent
U.S. Department of Veterans Affairs O.I.G

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on July 18, 2022.

_____
HON. BERNARD G. SKOMAL
United States Magistrate Judge

## STATEMENT OF FACTS

On July 17, 2022, at approximately 0314 hours, Georg CURNUTT, aka Wilde Geist, an inpatient veteran at the VA Medical Center San Diego, awoke in an agitated state and began throwing personal items. Medical staff initiated an internal call for a psychiatric emergency response consisting of medical staff, psychiatric staff and uniformed VA Police Officers. Prior to the arrival of VA Police Officers, CURNUTT forcibly removed an electronic paper towel dispenser from the wall and threw it out of her assigned room toward nursing staff. After officers arrived, CURNUTT began screaming at staff and stated, "let's rock and roll" and "I can take all ten of you." Officer Petty and Officer Caddell responded and placed themselves between CURNUTT and staff to prevent her from striking them.

CURNUTT screamed and waved her arms at officers and staff. CURNUTT became more irate upon being informed she would be administered intramuscular medication and was not allowed to leave due to being placed on a psychiatric hold. A nurse informed VA police they would need to be inside the room during the medical procedure due to CURNUTT's extremely violent behavior. As staff attempted to administer the medication, CURNUTT swung her arms and lunged forward toward Officer Petty and Officer Caddell. CURNUTT then raised her left arm and swung at Officer Caddell's head. CURNUTT then turned and pushed Officer Petty onto a gurney in her room. She then swung her left fist violently at Officer Petty's face and head. Officer Caddell attempted to restrain CURNUTT but was unable to do so.

CURNUTT reached toward Officer Petty's right side, near his duty weapon. Officer Caddell reached for Officer Petty's holster in an attempt to trap the duty weapon in the holster. CURNUTT, Officer Petty and Officer Caddell fell to the ground. A nurse attempted to restrain CURNUTT's legs, as she kicked vigorously. Upon landing on the ground, Officer Petty's duty weapon fell on the floor. CURNUTT seized control of the gun and pointed the barrel toward Officer Caddell. CURNUTT pulled the trigger, and the shot hit the corner of the wall in the adjacent patient's room. Officer Caddell was then able to secure the gun and remove it from the scene. CURNUTT continued to refuse commands to cease fighting

3

Officer Petty. In response, Officer Caddell utilized his baton to strike CURNUTT's left upper and lower extremities, while giving her loud verbal commands to desist struggling. Officer Caddell was eventually able to restrain CURNUTT via handcuffs.